AO 440 (Rev. 06/12) Summons in a Civil Action

FILED
MAILROOM

SEP - 7 2021

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

Emeterio G. Roa III )
)
)
)
Plaintiff(s) )
v. ) Civil Action No. 1:21 cv 881
)
State Farm Bank, F.S.B. )
)
)
)
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* State Farm Bank, F.S.B.
One State Farm Plaza, E-6
Bloomington IL 61710

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Emeterio G. Roa III
201 South Irving Street
Arlington VA 22204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/29/21

_____
Signature of Clerk or Deputy Clerk

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* State Farm Bank, F.S.B.
One State Farm Plaza, E-6
Bloomington IL 61710

was received by me on *(date)* 8/11/2021.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Sally Olsen- Law Department Employee, who is designated by law to accept service of process on behalf of *(name of organization)*
State Farm Bank, F.S.B. on *(date)* 8/16/2021 at 9:20 AM; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 8/25/2021

_____
Server's signature

Steven Pecharich
_____
Printed name and title

1701 E Empire St, Suite 360-306
Bloomington, IL 61704
800-637-1805
_____
Server's address

Additional information regarding attempted service, etc:

Documents:
Summons in a Civil Action, Complaint for a Civil Case, Exhibit(s)

Description:
45 year old Hispanic Female, Black hair, 5'7, 150lbs