IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| EMETERIO G. ROA III,<br><br>      Plaintiff,<br><br>v.<br><br>STATE FARM BANK, F.S.B.,<br><br>      Defendant. | Civil Action No. 1:21-cv-00881-AJT-MSN |

## JOINT DISCOVERY PLAN

Pursuant to Fed. R. Civ. P. 26(f) and the Court's initial Pretrial Order entered September 9, 2021 (ECF No. 7), the following pro se party and counsel conferred on September 20, 2021 via telephone conference:

 Emeterio G. Roa, III
 Plaintiff (*pro se*)

 Alexander S. de Witt, Esq.
 Counsel for Defendant State Farm Bank, F.S.B.

The parties jointly propose the following discovery plan:

## PLAN OF DISCOVERY

| Description | Date |
|---|---|
| Discovery may begin (per Pretrial Order) | September 3, 2021 |
| Rule 16(b) Pretrial Conference (per Pretrial Order) | September 29, 2021, 11 a.m. |
| Final Pretrial Conference (per Pretrial Order) | January 20, 2022, 10 a.m. |
| Discovery Cut-Off (Completed By, per Pretrial Order) | January 14, 2022 |
| Initial Disclosures under Fed. R. Civ. P. 26(a)(1) | October 13, 2021 |

| | |
|---|---|
| Expert Disclosures by Plaintiff | November 12, 2021 |
| Expert Disclosures by Defendant | December 14, 2021 |
| Rebuttal Expert Disclosures (if any) | December 29, 2021 |

The parties jointly propose the following pursuant to Fed. R. Civ. P. 26(f)(3):

1. No changes should be made in the timing, form or requirement for disclosures under Rule 26(a)(1), which will be made by each party on or before October 13, 2021.

2. Discovery will be completed in accordance with the discovery plan above, and the Court's initial Pretrial Order (Doc. 7).

3. There are no issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced. The parties have agreed that electronically stored information will be printed and/or placed in .pdf format and produced either on a CD disk or as a hard copy. If either party requests documents or electronically stored information in a specific format other than how provided, the parties will meet and confer to determine a format that is reasonably usable.

4. There are no issues about claims of privilege or of protection as trial-preparation materials – the parties will adhere to the requirements set forth in Fed. R. Civ. P. 26(b)(5) with respect to discovery objections, privilege logs and withholding of information under claims of privilege or of protection as trial-preparation materials. Privilege logs will be produced at the time the responding party's discovery responses are due.

5. No changes should be made in the limitations on discovery imposed under the Federal Rules of Civil Procedure, the Local Civil Rules, and the Court's Pretrial Orders.

6. The parties each waive appearance at the Rule 16(b) Pretrial Conference, which is currently scheduled for September 29, 2021, 11:00 a.m.

7. The parties do not at this time consent to trial before a United States Magistrate Judge.

8. The parties have discussed the possibilities of a prompt settlement or resolution of the case, but have been unable to reach agreement at this point in time.

Respectfully submitted,

_____
Emeterio G. Roa, III
201 South Irving Street
Arlington, VA 22204
Phone: (703) 486-3541
Email: e.roa@att.net
*Pro se Plaintiff*

/s/ Alexander S. de Witt
_____
Alexander S. de Witt, Esq. (VSB # 42708)
FREEBORN & PETERS LLP
901 East Byrd Street, Suite 950
Richmond, Virginia 23219
Phone: (804) 644-1300
Direct: (804) 799-7790
Fax: (804) 644-1354
Email: adewitt@freeborn.com
*Attorney for Defendant State Farm F.S.B*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September, 2021, I will electronically file the foregoing JOINT DISCOVERY PLAN with the Clerk of this Court using the CM/ECF system, which will then send a notification of such filing to any filing user.

/s/ Alexander S. de Witt
_____
Alexander S. de Witt, Esq. (VSB # 42708)
FREEBORN & PETERS LLP
901 East Byrd Street, Suite 950
Richmond, Virginia 23219
Phone: (804) 644-1300
Fax: (804) 644-1354
Email: adewitt@freeborn.com